DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ANTONIO WHITEHEAD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1547

————————————————

October 15, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

Antonio Whitehead, pro se.

PER CURIAM.

Affirmed.

LaROSE, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.